IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CHUN KWONG CHING,            :

    Petitioner,            :

vs.            :            CA 08-0374-WS-C

DAVID O. STREIFF, et al.,            :

    Respondents.

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 28, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of August, 2008.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**