**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

CHUN KWONG CHING,          :

    Petitioner,          :

vs.          :          CA 08-0374-WS-C

DAVID O. STREIFF, et al.,          :

    Respondents.

## <u>JUDGMENT</u>

In accordance with the order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas

corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** this 26th day of August, 2008.


               s/WILLIAM H. STEELE
               **UNITED STATES DISTRICT JUDGE**